# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF AARON ALLEN MARCHESE, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF FRESNO; et al. <br><br> Defendants. | Case No.: 16-cv-01340-LJO-SAB <br><br> ORDER RE STIPULATION TO FILE FIRST AMENDED COMPLAINT <br><br> (ECF No. 9) |

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff shall file a first amended complaint within five days from the date of entry of this order.

IT IS SO ORDERED.

Dated:   **September 22, 2016**

UNITED STATES MAGISTRATE JUDGE