# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et.al., <br><br> Defendants. | Case No. 1:16-cv-01340-LJO-SAB <br><br> ORDER GRANTING RACHEL CURTICE'S PETITION FOR APPOINTMENT AS GUARDIAN AD LITEM FOR A.M. <br><br> (ECF No. 12) |

The Court has considered the petition of Rachel Curtice for appointment as Guardian Ad Litem for her child, A.M., who is a minor Plaintiff in this action.

Good cause appearing, IT IS SO ORDERED that Rachel Crutice is appointed as Guardian Ad Litem for A.M., her minor child.

IT IS SO ORDERED.

Dated: **September 28, 2016**

UNITED STATES MAGISTRATE JUDGE