**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, SBN 256535
18881 Von Karman Ave., Suite 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
E-mail: cameron@sehatlaw.com

**SCOTT D. HUGHES, APLC**
Scott D. Hughes, SBN 253611
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (714) 423-6928
Facsimile: (714) 845-0030
E-mail: scott@scotthugheslaw.com

Attorneys for Plaintiffs, A.M. and Roseanne Garcia

Bruce D. Praet, SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF AARON ALLEN MARCHESE; A.M., a minor individual and as successor in interest to AARON ALLEN MARCHESE, by and through his guardian ad litem, RACHEL CURTICE, an individual; and ROSEANNE GARCIA, an individual.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FRESNO; and CLAYTON SMITH, an individual; and DOES 1-10 inclusive.<br><br>　　　　　　　Defendants. | **CASE NO.:** 16-cv-01340-LJO-SAB<br><br>**JOINT STIPULATION AND ORDER TO AMEND THE FIRST AMENDED COMPLAINT** |

**JOINT STIPULATION TO AMEND THE FIRST AMENDED COMPLAINT**

Pursuant to Rules 15(A)(2) of the Federal *Rules of Civil Procedure*, the parties hereby move for an order permitting a Plaintiff to amend the First Amended Complaint.

Specifically, the Plaintiff will amend to remove the decedent's parent as a successor-in-interest and remove THE ESTATE OF AARON ALLEN MARCHESE as a plaintiff.

The parties' Motion does not otherwise affect the date of the Court's Scheduling Conference.

Dated:  October 24, 2016            **SCOTT D. HUGHES, APLC**


                                    /s/  *Scott D. Hughes*
                                    Scott D. Hughes
                                    Attorney for Plaintiffs


Dated:  October 24, 2016            **FERGUSON, PRAET & SHERMAN**


                                    /s/  *Bruce D. Praet* (as authorized on Oct. 24, 2016)
                                    Bruce D. Praet
                                    Attorney for Defendants


**ATTESTATION OF FILER**

I attest that the other signatories listed concur in the filing's content and have authorized the filing.

Dated: October 24, 2016             /s/  *Scott D. Hughes*
                                    SCOTT D. HUGHES


/ / /

/ / /

/ / /

# ORDER

Having read and considered the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff is permitted to amend the First Amended Complaint to remove the decedent's parent as a successor-in-interest.

IT IS FURTHER ORDERED that Plaintiff is permitted to amend the First Amended Complaint to remove The Estate of Aaron Allen Marchese as a plaintiff.

IT IS FURTHER ORDERED that the issuance of this Order does not otherwise affect the date of the Court's Scheduling Conference.

IT IS SO ORDERED.

Dated:   **October 26, 2016**

UNITED STATES MAGISTRATE JUDGE

-2-