UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., | NO.  1:16-cv-01340 LJO SAB |
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER AND AMENDED SCHEDULING ORDER |
| vs. | |
| CITY OF FRESNO; et al., | (ECF No. 22) |
| Defendants. | |

Pursuant to stipulation between the parties, the December 7, 2016 scheduling order is

HEREBY AMENDED as follows:

|   |   |
|---|---|
| January 16, 2017 | Initial disclosures |
| December 11, 2017 | Factual discovery cutoff |
| January 15, 2018 | Expert disclosure |
| February 6, 2018 | Supplemental expert disclosure |
| March 30, 2018 | Expert discovery cutoff |

All other dates are to remain the same.

IT IS SO ORDERED.

Dated:  **February 17, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1