# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01340-LJO-SAB<br><br>ORDER CONTINUING HEARING ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD TO SEPTEMBER 13, 2017, AND DIRECTING PLAINTIFFS' COUNSEL TO FILE A SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL<br><br>(ECF No. 29) |

Plaintiffs Roseanne Garcia and minor A.M., through her guardian ad litem Rachel Curtice, filed the second amended complaint in this action on November 11, 2016. On July 3, 2017, Plaintiffs' counsel filed a motion to withdraw as attorney of record. The motion to withdraw is currently set to be heard on August 2, 2017, at 10:00 a.m.

Upon review of the motion to withdraw as attorney of record, the Court determines that it is necessary to have Roseanne Garcia and Rachel Curtice, as guardian ad litem for A.M., present for the hearing. Therefore, the hearing shall be continued to September 13, 2017, and Plaintiffs' counsel shall be required to personally serve Roseanne Garcia and Rachel Curtice with a copy of this order to appear for the September 13, 2017 hearing and the July 3, 2017 motion to withdraw.

Upon a review of Plaintiffs' counsel's motion to withdraw and the attached affidavit of Cameron Sehat, the Court finds that Plaintiffs' counsel shall file a supplemental affidavit in

1

support of the motion to withdraw. Local Rule 182(d) provides that "[t]he attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw." L.R. 182(d). Mr. Sehat's June 30, 2017 affidavit does not state the current or last known address of Roseanne Garcia and the efforts made to notify Roseanne Garcia of the motion to withdraw.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' counsel's motion to withdraw is CONTINUED from August 2, 2017, to **September 13, 2017, at 10:00 a.m.** in Courtroom 9;

2. Roseanne Garcia and Rachel Curtice SHALL APPEAR **at the Robert Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA on September 13, 2017, at 10:00 a.m. in Courtroom 9**;

3. Plaintiffs' counsel shall personally serve a copy of this order and a copy of the July 3, 2017 motion to withdraw as counsel on Roseanne Garcia and Rachel Curtice and file proof of service on or before August 30, 2017;

4. Plaintiffs' counsel shall file a supplemental affidavit in support of the motion to withdraw in compliance with Local Rule 182(d) on or before July 21, 2017; and

5. Plaintiffs are forewarned that failure to appear at the September 13, 2017 hearing in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **July 11, 2017**

UNITED STATES MAGISTRATE JUDGE