# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., | Case No. 1:16-cv-01340-LJO-SAB |
| Plaintiffs, | ORDER CONTINUING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD TO NOVEMBER 1, 2017, AT 10:00 A.M. |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiffs Roseanne Garcia and Rachel Curtice, as guardian ad litem for A.M., filed the second amended complaint in this action on November 11, 2016. On July 3, 2017, Plaintiffs' counsel filed a motion to withdraw as attorney of record. (ECF No. 29.)

On September 13, 2017, the Court heard oral argument on the motion to withdraw as attorney of record. The matter was called at 10:00 a.m. on September 13, 2017, but to accommodate Plaintiffs' counsel, Cameron Sehat, the matter was held over to 10:30 a.m. Plaintiffs Roseanne Garcia and Rachel Curtice, as guardian ad litem for A.M., were present for the hearing. Plaintiffs' counsel, Mr. Sehat, appeared telephonically. Defendants' counsel did not appear.

In order to give Plaintiffs the opportunity to discuss with counsel whether they want to continue with this action, the hearing on the motion to withdraw shall be continued to November 1, 2017, at 10:00 a.m. in Courtroom 9 before the undersigned. Plaintiffs Roseanne Garcia and

Rachel Curtice, as guardian ad litem for A.M., were informed at the September 13, 2017 hearing that they shall appear at the November 1, 2017 hearing and that they shall contact Mr. Sehat on October 3, 2017, at 3:00 p.m., Pacific Time, for a teleconference. The Court provided Ms. Curtice and Garcia with Mr. Sehat's telephone number.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.  Plaintiffs' counsel's motion to withdraw is CONTINUED to **November 1, 2017, at 10:00 a.m. in Courtroom 9** before the undersigned;

2.  Roseanne Garcia and Rachel Curtice SHALL APPEAR **at the Robert Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA on November 1, 2017, at 10:00 a.m. in Courtroom 9**;

3.  Roseanne Garcia and Rachel Curtice shall have a teleconference with Mr. Sehat on **October 3, 2017, at 3:00 p.m.**; and

4.  If the case is not otherwise disposed of, Plaintiffs' counsel shall file a status report on or before **October 25, 2017**.

IT IS SO ORDERED.

Dated:   **September 13, 2017**

_____
UNITED STATES MAGISTRATE JUDGE