# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., | Case No. 1:16-cv-01340-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS' COUNSEL TO FILE STATUS REPORT BY 5:00 P.M. ON OCTOBER 26, 2017 |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiffs Roseanne Garcia and Rachel Curtice, as guardian ad litem for A.M., filed the second amended complaint in this action on November 11, 2016. On July 3, 2017, Plaintiffs' counsel filed a motion to withdraw as attorney of record.

On September 13, 2017, the Court heard oral argument on the motion to withdraw as attorney of record. In order to give Plaintiffs the opportunity to discuss with counsel whether they want to continue with this action, the hearing on the motion to withdraw was continued to November 1, 2017, at 10:00 a.m. in Courtroom 9 before the undersigned. Plaintiffs Roseanne Garcia and Rachel Curtice, as guardian ad litem for A.M., were informed at the September 13, 2017 hearing to appear at the November 1, 2017 hearing and to contact Mr. Sehat on October 3, 2017, at 3:00 p.m., Pacific Time, for a teleconference.

On September 13, 2017, the Court issued an order requiring Plaintiffs' counsel, if the case was not otherwise disposed of, to file a status report on or before October 25, 2017. The

case is still active and the parties have not filed a stipulation of dismissal or request for dismissal pursuant to Federal Rule of Civil Procedure 41. Plaintiffs' counsel did not file a status report by the deadline.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' counsel shall file a status report by **5:00 p.m. on October 26, 2017.**

IT IS SO ORDERED.

Dated: __**October 26, 2017**__

UNITED STATES MAGISTRATE JUDGE