# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., | Case No. 1:16-cv-01340-LJO-SAB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE |
| v. | |
| CITY OF FRESNO, et al., | (ECF No. 38) |
| Defendants. | |

On October 26, 2017, Plaintiffs' counsel filed a request for telephonic appearance at the November 1, 2017 hearing. The Court will grant Plaintiffs' counsel's request for a telephonic appearance at the November 1, 2017 hearing. The Courtroom Clerk will provide Plaintiffs' counsel with the toll-free teleconference number and teleconference code.

However, Plaintiffs' counsel is reminded that in the order setting the case management conference, the parties were advised of the procedure to appear telephonically in this action. (Order Setting Mandatory Scheduling Conference 3:3-7, ECF No. 4.) Further, the parties were "directed to the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures") for specific information regarding Chambers' procedures. Information about law and motion, scheduling conferences, telephonic appearances, and discovery disputes is provided at this link." (Id. at 6:27-7:2.)

1    In the "Standard Information" link the procedures for telephonic appearances are set forth. To request a telephonic appearance the party is directed to "Please notify the Courtroom Deputy Clerk if one or more attorneys will be appearing telephonically, so that a notation can be placed on the court calendar. The Courtroom Clerk will provide counsel with the toll-free teleconference number of (877) 336-1280 and the teleconference code for call." (Judge Boone's Courtroom Procedures ¶ 5.)

Based on the foregoing, Plaintiffs' counsel's request to appear telephonically is HEREBY GRANTED. The Courtroom Clerk will provide Plaintiffs' counsel with the toll-free teleconference number and teleconference code.

IT IS SO ORDERED.

Dated: __October 27, 2017__

_____
UNITED STATES MAGISTRATE JUDGE