# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:16-cv-01340-LJO-SAB <br><br> ORDER RE STIPULATION TO DISMISS PLAINTIFF A.M.'S CLAIMS; ORDER DIRECTING PLAINTIFF A.M. TO FILE A MOTION FOR APPROVAL OF A PROPOSED SETTLEMENT OR COMPROMISE; AND ORDER VACATING DATES AND MATTERS AS TO PLAINTIFF A.M. ONLY <br><br> (ECF No. 45) |

On January 29, 2018, Plaintiff A.M., by and through his guardian ad litem Rachel Curtice, and Defendants filed a stipulation dismissing Plaintiff A.M.'s claims with prejudice. (ECF No. 45.) The stipulation indicates that it is pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).[1] However, Plaintiff A.M. has not filed a motion for approval of a proposed settlement or compromise.

Pursuant to Local Rule 202(b), "[n]o claim by or against a minor or incompetent person may be settled or compromised absent an order by the Court approving the settlement or compromise." As this Court appointed Rachel Curtice as guardian ad litem for A.M., Plaintiff A.M. must comply with Local Rule 202(b)(2). Any application for approval of a proposed

---

[1] The Court notes that the stipulation is not signed by all parties as required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

settlement or compromise must disclose, among other things, the following:

> the age and sex of the minor or incompetent, the nature of the causes of action to be settled or compromised, the facts and circumstances out of which the causes of action arose, including the time, place and persons involved, the manner in which the compromise amount or other consideration was determined, including such additional information as may be required to enable the Court to determine the fairness of the settlement or compromise....

L.R. 202(b)(2).

Also, pursuant to Local Rule 202(c), Plaintiff's counsel shall advise whether they have received or expect to receive any compensation, from whom, and the amount. L.R. 202(c).[2]

Accordingly, it is HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff A.M. shall file a motion for approval of a proposed settlement or compromise that complies with Local Rule 202.

IT IS SO ORDERED.

Dated: __**February 2, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff A.M. should also review the other sections of Local Rule 202 to ensure compliance with any applicable sections.