# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | 1:16-cv-01340-LJO-SAB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

The Court is in receipt of Defendants' Motion for Summary Judgment, *see* ECF Nos. 48-49, and upon review of the record recognizes that Plaintiff Roseanne Garcia did not participate in meet and confer efforts or file an opposition or statement of non-opposition with regard to the summary judgment motion. This therefore indicates a failure to prosecute claims. Plaintiff Garcia is ordered to show cause no later than twenty (20) days from the filing of this order why her claims should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

    Dated: __**April 12, 2018**__          __/s/ Lawrence J. O'Neill__
                                                                UNITED STATES CHIEF DISTRICT JUDGE