# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE GARCIA, et al., | 1:16-cv-01340-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING SUPPLEMENTAL FILING RE: PLAINTIFF A.M.'S MINOR'S COMPROMISE |
| v. | |
| CITY OF FRESNO, et al., | ECF Nos. 47, 50 |
| Defendants. | |

The Court is unable to grant the petition to approve the minor's compromise on the present record. In reviewing such a petition, the Court must determine "whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181-82 (9th Cir. 2011). Here, counsel has provided essentially no specific information to aid the Court's determination of these factors. The assertions in counsel's declaration that the parties reached the settlement "after discovery exchange and through settlement discussions," and that counsel "discussed the merits, strengths and weaknesses of the case" with the minor's guardian, ECF No. 50 at ¶¶ 5-6, are insufficient to permit the Court to conduct the requisite *independent* review. Accordingly, on or before May 4, 2018, the moving Plaintiff A.M. must provide a supplemental filing containing additional detail regarding how the settlement is fair and reasonable in light of the facts of this case and the

1

minor's specific claims. To the extent that counsel for the minor deems it appropriate, the supplemental filing may adopt the factual submissions provided by Defendants in their motion for summary judgment. *See* ECF Nos. 48-49.

IT IS SO ORDERED.

    Dated: __**April 26, 2018**__         ___/s/ **Lawrence J. O'Neill** _____
                                                    UNITED STATES CHIEF DISTRICT JUDGE